MICHELLE D. ALARIE, ESQ.
Nevada Bar No.11894
CHARLES W. STEESE, ESQ. (will comply with LR 1A 10-2 within 45 days)
Colorado Bar No. 26924
SANDRA L. POTTER, ESQ. (will comply with LR 1A 10-2 within 45 days)
Colorado Bar No. 29811
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
malarie@armstrongteasdale.com
csteese@armstrongteasdale.com
spotter@armstrongteasdale.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WIDE VOICE, LLC<br><br>            Plaintiff,<br><br>vs.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P.,<br><br>            Defendants. | Civil Case No.: 2:15-cv-01604-GMN-VCF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**[First Request]** |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1 and 6-2, Defendant Sprint Communications Company, L.P. ("Sprint"), by and through its counsel of record, Armstrong Teasdale LLP, respectfully requests that the deadline for answering or otherwise responding to the Complaint in this matter be extended by ten days from September 14, 2015, up to and including September 24, 2015.  This is the first request for an extension of this deadline.

Wide Voice, LLC served Sprint on August 24, 2015 thereby making Sprint's current responsive pleading deadline September 14, 2015.  As good cause for this extension, Sprint states as follows.  This case concerns issues concerning federal telecommunication laws.  Sprint plans to file a motion to dismiss based on those laws, and additional time is required to prepare the motion.  In

1  addition, within the coming weeks, Sprint's lead counsel has several briefs due in other cases,
2  including one response due and two replies due on September 11, September 12, and September 14,
3  2015.  He is also scheduled to attend two hearings in California on September 16 and 17, 2015, and
4  needs time to prepare.  Finally, lead counsel has a short family vacation planned for Labor Day
5  weekend.

6      This case was only recently served on Sprint and a scheduling order has not been entered;
7  therefore, this request will not affect any current deadlines.  This Motion is not made for the purpose
8  of undue delay, but to allow Sprint time to thoughtfully craft its motion to dismiss.

9      Counsel for Sprint conferred with counsel for Wide Voice, LLC, who indicated that Wide
10  Voice, LLC would not oppose an extension of time.

11      Accordingly, Sprint respectfully requests that an order be entered extending the deadline for
12  Sprint to respond to the Complaint to September 24, 2015.

13  DATED this 4th day of September, 2015.    ARMSTRONG TEASDALE LLP

15      By: /s/ Michelle D. Alarie
    MICHELLE D. ALARIE, ESQ.
16      Nevada Bar No. 11894
    CHARLES W. STEESE, ESQ.
17      (*pro hac vice* to be submitted)
    Colorado Bar No. 26924
18      SANDRA L. POTTER, ESQ.
    (*pro hac vice* to be submitted)
19      COLORADO BAR NO. 29811
    3770 Howard Hughes Parkway, Suite 200
20      Las Vegas, Nevada 89169

    *Attorneys for Defendant*

24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

# ORDER

Having read and considered Defendant Sprint Communications Company, L.P.'s Unopposed Motion for Extension of Time to Answer of Otherwise Respond to Complaint and upon good cause showing, Sprint's Motion is hereby GRANTED.  Defendant's time to answer or otherwise respond to the Complaint is extended up to and including September 24, 2015.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 8, 2015

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was served:

☒ via electronic service to the address(es) shown below:

    Seetal Tejura, Esq.    stejura@alversontaylor.com
    Attorneys for Plaintiff Wide Voice, LLC

☐ via the U.S. Postal Service at Las Vegas, Nevada, in a sealed envelope, with first-class postage prepaid, on the date and to the address(es) shown below:

    Seetal Tejura, Esq.
    Alverson, Taylor, Mortensen & Sanders
    7401 W. Charleston Boulevard
    Las Vegas, NV 89117
    Tel: 702-384-7000
    Fax: 702-385-7000
    stejura@alversontaylor.com

    Attorneys for Plaintiff Wide Voice, LLC

Date: September 4, 2015            /s/ Jessica Elia
                                            An employee of Armstrong Teasdale LLP