1  MICHELLE D. ALARIE, ESQ.
   Nevada Bar No. 11894
2  CHARLES W. STEESE, ESQ. (*pro hac vice*)
   Colorado Bar No. 26924
3  SANDRA L. POTTER, ESQ. (*pro hac vice*)
   Colorado Bar No. 29811
4  ARMSTRONG TEASDALE LLP
   3770 Howard Hughes Parkway, Suite 200
5  Las Vegas, Nevada 89169
   Telephone:  702.678.5070
6  Facsimile:  702.878.9995
   malarie@armstrongteasdale.com
7  csteese@armstrongteasdale.com
   spotter@armstrongteasdale.com

8
   *Attorneys for Defendant Sprint Communications*
9  *Company L.P.*

10

11

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14

15  WIDE VOICE, LLC                          Case No.: 2:15-cv-01604-GMN-VCF

16                  Plaintiff,

17  vs.                                      **DEFENDANT'S ~~UNOPPOSED~~
                                             MOTION FOR EXTENSION OF TIME
18  SPRINT COMMUNICATIONS COMPANY            TO REPLY IN SUPPORT OF
    L.P.,                                    DEFENDANT'S MOTION [DKT. # 31]
19                                           TO PARTIALLY STAY DISCOVERY**
                    Defendant.
20                                           **[FIRST REQUEST]**

21

22          Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-1 and 6-2, Defendant

23  Sprint Communications Company L.P. ("Sprint"), respectfully requests that the deadline for replying

24  in support of its Motion (Docket # 31) to Partially Stay Discovery be extended from December 28,

25  2015, to January 5, 2016.  This is the first request for an extension of this deadline.  Sprint filed its

26  Motion to Partially Stay Discovery (Docket # 31) on November 23, 2015.  Wide Voice served its

27  Opposition (Docket # 35) on December 17, 2015, thereby making Sprint's deadline to file its reply

28  December 28, 2015.  Good cause exists for this extension:  the current reply timeframe includes the

                                      1

Christmas Eve and Christmas Day holidays. Sprint's lead counsel is on vacation between Christmas and New Year. In addition, the Sprint in-house counsel working with Sprint's counsel on this matter is out of the office until January 4, 2016. Therefore, Sprint respectfully requests an extension to January 5, 2016, to file its reply. This Motion is not made for the purpose of undue delay, but to allow Sprint adequate time in which to reply in support of its Motion.

On December 22, 2015, counsel for Sprint conferred with counsel for Wide Voice, and Wide Voice does not oppose the requested extension.

Accordingly, Sprint respectfully requests that the Court enter an order extending the deadline for Sprint's reply to January 5, 2016.

DATED this 23rd day of December, 2015.         ARMSTRONG TEASDALE LLP

By: */s/ Michelle D. Alarie*
      CHARLES W. STEESE, ESQ. (*pro hac vice*)
      Colorado Bar No. 26924
      SANDRA L. POTTER, ESQ. (*pro hac vice*)
      Colorado Bar No. 29811
      4643 South Ulster, Suite 800
      Denver, Colorado 80237
      Telephone: 720.200.0676
      Facsimile: 720.200.0679
      csteese@armstrongteasdale.com
      spotter@armstrongteasdale.com

      MICHELLE D. ALARIE, ESQ.
      Nevada Bar No. 11896
      3770 Howard Hughes Parkway, Suite 200
      Las Vegas, Nevada 89169
      Telephone:  702.678.5070
      Facsimile:  702.878.9995
      malarie@armstrongteasdale.com

      *Attorneys for Defendant Sprint Communications*
      *Company L.P.*

**ORDER**

Having read and considered Defendant Sprint Communications Company L.P.'s Unopposed Motion for Extension of Time to Reply in Support of Defendant's Motion to Partially Stay Discovery, the Motion is hereby GRANTED.  Defendant's time to file its reply is extended up to and including January 5, 2016.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED:_____
                    12-28-2015

3

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and that the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF DEFENDANT'S MOTION [DKT # 31] TO PARTIALLY STAY DISCOVERY** was served:

☒   via electronic service through filing in the Court's ECF system, which provides notice to the address(es) shown below:

> Seetal Tejura, Esq. – stejura@alversontaylor.com
> Stephen Wald, Esq. – swald@psh.com
> Lauren J. Coppola, Esq. – lcoppola@psh.com
>
> Attorneys for Plaintiff Wide Voice, LLC

Date: December 23, 2015                    _/s/Jessica Myrold_
                                            An employee of Armstrong Teasdale LLP