# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

WIDE VOICE, LLC,

               Plaintiff,

vs.

SPRINT COMMUNICATIONS COMPANY L.P.,

               Defendant.

2:15-cv-01604-GMN-VCF

**ORDER**

Before the court is Defendant's Motion to Partially Stay Discovery (#31).

IT IS HEREBY ORDERED that a hearing on Defendant's Motion to Partially Stay Discovery (#31) is scheduled for 11:00 a.m., February 1, 2016, in courtroom 3D.

DATED this 6th day of January, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE