**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WIDE VOICE, LLC, | |
| Plaintiff, | 2:15-cv-01604-GMN-VCF |
| vs. | **ORDER** |
| SPRINT COMMUNICATIONS COMPANY L.P., | |
| Defendant. | |

Before the court is the Stipulated Discovery Plan and Scheduling Order (#32).  The proposed stipulated discovery plan and scheduling order is not approved.

Accordingly,

IT IS HEREBY ORDERED that discovery is limited as stated in Order #41 and must be completed by May 13, 2016.  The parties must file a new proposed discovery plan and scheduling order by April 29, 2016.

DATED this 23rd day of February, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE