ALVERSON, TAYLOR, MORTENSEN & SANDERS
SEETAL TEJURA, ESQ. (#008284)
7401 W. Charleston Boulevard
Las Vegas, Nevada  89117
Phone: (702) 384-7000
Facsimile:  (702) 385-7000
efile@alversontaylor.com
stejura@alversontaylor.com

PARTRIDGE SNOW & HAHN LLP
STEPHEN WALD (*pro hac vice*)
LAUREN J. COPPOLA (*pro hac vice*)
30 Federal Street
Boston, Massachusetts  02110
Telephone: (617) 292-7900
Facsimile: (617) 292-7910
swald@psh.com
lcoppola@psh.com

*Attorneys for Plaintiff,*
*WIDE VOICE, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WIDE VOICE, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P.<br><br>    Defendant. | Case No. 2:15-cv-01604-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TO GOVERN CONFIDENTIAL DISCOVERY (DOC. NO. 46)**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b) and LRs 6-1 and 6-2, Plaintiff, Wide Voice LLC (Wide Voice") and Defendant Sprint Communications Company, L.P., by and through their respective undersigned counsel of record, respectfully requests that the deadline for filing a response to Defendant's Motion for Protective Order to Govern Confidential Discovery (Doc. No. 46) be

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

1    extended by one week, from March 25, 2016 to April 1, 2016.

2          This request for an extension is based upon good cause and the fact that Wide Voice

3    represents that one of its lead counsel's was out of state travelling for depositions in another

4    matter and is attending to an illness in her family. Since no hearing date has yet been scheduled

5    for this Motion, it is anticipated that this request will not affect any current deadlines/hearings.

6    This Stipulation is not made for the purpose of undue delay, but to allow Wide Voice time to

7    properly prepare a response to the pending Defendant's Motion for Protective Order to Govern

8    Confidential Discovery.

9    DATED this 24th day of March, 2016.          DATED this 24th day of March, 2016.

10   ALVERSON, TAYLOR, MORTENSEN &          ARMSTRONG TEASDALE LLP
     SANDERS

11

12   By ___*/s/ Seetal Tejura*___          By ___*/s/ Sandra Potter*___
     SEETAL TEJURA, ESQ. (#008284)          Charles W. Steese, Esq. *(Pro Hac Vice)*
13   7401 W. Charleston Boulevard          Sandra Potter, Esq. *(Pro Hac Vice)*
     Las Vegas, Nevada  89117          4643 South Ulster Street, Suite 800
     A*ttorneys for Plaintiff,*          Denver, Colorado 80237
14   *WIDE VOICE, LLC*          *Attorneys for Defendant*
                                         *SPRINT   COMMUNICATIONS   COMPANY,*
15   Also signing for:          *L.P*

16   PARTRIDGE SNOW & HAHN, LLP          Also signing for:
     LAUREN J. COPPOLA, ESQ. *(Pro Hac Vice)*
17   STEVEN WALD, ESQ. *(Pro Hac Vice)*          ARMSTRONG TEASDALE LLP
     30 Federal Street          MICHELLE D. ALAIRE, ESQ. (#011894)
18   Boston, MA 02110          3770 Howard Hughes Parkway, Suite 200
     *Co-Counsel for Plaintiff,*          Las Vegas, Nevada 89169
19   *WIDE VOICE, LLC*          *Co-Counsel for Defendant*
                                         *SPRINT   COMMUNICATIONS   COMPANY,*
20                                         *L.P*

21

22

23

24

**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
LAWYERS
7401 WEST CHARLESTON BOULEVARD
LAS VEGAS, NEVADA 89117-1401
(702) 384-7000

## **ORDER**

IT IS SO ORDERED.   Plaintiff's requests that the deadline for filing a response to Defendant's Motion for Protective Order to Govern Confidential Discovery (Doc. No. 46) be extended by one week, from March 25, 2016 to April 1, 2016 is hereby GRANTED.

Dated this ___25th___ day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE/
UNITED STATES DISTRICT COURT JUDGE