# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

WIDE VOICE, LLC,

        Plaintiff,

vs.

SPRINT COMMUNICATIONS COMPANY, L.P.,

        Defendant.

2:15-cv-01604-GMN-VCF

**ORDER**

      Before the court is Plaintiff's Motion to Compel Full and Complete Responses to Certain Interrogatories and Requests for Production of Documents (#54).

      IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Compel Full and Complete Responses to Certain Interrogatories and Requests for Production of Documents (#54) is scheduled for 11:00 a.m., May 18, 2016, in courtroom 3D. Any opposition to Plaintiff's Motion to Compel Full and Complete Responses to Certain Interrogatories and Requests for Production of Documents (#54) must be filed on or before May 9, 2016. Any reply in support of the motion must be filed on or before May 16, 2016.

      DATED this 26th day of April, 2016.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE