PARTRIDGE SNOW & HAHN LLP
STEPHEN WALD (pro hac vice)
LAUREN J. COPPOLA (pro hac vice)
30 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 292-7900
Facsimile: (617) 292-7910
swald@psh.com
lcoppola@psh.com

ALVERSON, TAYLOR, MORTENSEN & SANDERS
LeANN SANDERS, ESQ. (#000390)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
Phone: (702) 384-7000
Facsimile: (702) 385-7000
efile@alversontaylor.com
lsanders@alversontaylor.com

*Attorneys for Plaintiff,*
*WIDE VOICE, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WIDE VOICE, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SPRINT COMMUNICATIONS COMPANY, L.P.<br><br>Defendant. | Case No. 2:15-cv-01604-GMN-VCF<br><br>**PLAINTIFF WIDE VOICE, LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO COMPEL WIDE VOICE TO FULLY RESPOND TO DISCOVERY (DOC. NO. 77)**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b) and LRs 6-1 and 6-2, Plaintiff, Wide Voice LLC ("Wide Voice"), by and through its undersigned counsel of record, respectfully requests that the deadline for filing a response to Defendant's Motion to Compel Wide Voice to Fully Respond to

-1-

Discovery (Doc. No. 77) (the "Motion") be extended by one week, from July 31, 2016 to August 7, 2016. This is the first request for an extension of this deadline. Notably, counsel for Wide Voice conferred with counsel for Defendant Sprint Communications Co., L.P. ("Sprint"), who indicated that Sprint would not oppose an extension of time.

This request for an extension is based upon good cause and the fact that Wide Voice's counsel, Lauren J. Coppola, was unexpectedly required to travel to Chicago, Illinois from Monday, July 25th until Wednesday, July 27th to argue an Emergency Motion for Temporary Restraining Order and Preliminary Injunction in the matter of *Inteliquent, Inc. v. Free Conferencing Corp. et al.*, No. 1:16-cv-06976, which is currently pending in the Northern District of Illinois. At the same time, Wide Voice's other counsel, Stephen Wald, is preparing for trial in the matter of *Qwest Commc'ns Co. LLC v. Free Conferencing Corp. et al.*, No. 10-490(MJD-SER), which is set to resume on Monday, August 1st in the District of Minnesota.

Since no hearing date has yet been scheduled for the Motion, it is anticipated that this request will not affect any current deadlines/hearings. This request for a one week extension is not made for the purpose of undue delay, but to allow Wide Voice time to properly prepare a well-reasoned response to the pending Defendant's Motion to Compel Wide Voice to Fully Respond to Discovery.

Accordingly, Wide Voice respectfully requests that an Order be entered extending the deadline for Wide Voice to respond to Defendant's Motion to Compel Wide Voice to Fully Respond to Discovery to August 7, 2016.

DATED this 27th day of July, 2016.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

By: _____ #13584
LeANN SANDERS, ESQ. (#000390)
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117
*Attorney for Plaintiff,*
*WIDE VOICE, LLC*

## ORDER

Plaintiff's request that the deadline for filing a response to Defendant's Motion to Compel Wide Voice to Fully Respond to Discovery (Doc. No. 77) be extended by one week, from July 31, 2016 to August 7, 2016, is hereby GRANTED.

IT IS SO ORDERED.

Dated this 29th day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE/
~~UNITED STATES DISTRICT COURT JUDGE~~

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of July, 2016, I served the foregoing **PLAINTIFF WIDE VOICE, LLC's UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO COMPEL WIDE VOICE TO FULLY RESPOND TO DISCOVERY (DOC. NO. 77)** via Electronic Service from CM/ECF upon the following:

Michelle D. Alaire, Esq.
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

Charles W. Steese, Esq. *(Pro Hac Vice)*
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237

*Attorneys for Defendant*
*SPRINT COMMUNICATIONS COMPANY, L.P.*



An Employee of
ALVERSON, TAYLOR, MORTENSEN & SANDERS

2805332_1/13656-2