# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

WIDE VOICE, LLC,

                Plaintiff,

vs.

SPRINT COMMUNICATIONS COMPANY,

                Defendant.

2:15-cv-01604-GMN-VCF

**ORDER**

This case is currently stayed until October 7, 2016, pending potential settlement (ECF No. 86).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Compel Discovery (ECF No. 77) is DENIED without prejudice.  If the case is still pending, the parties may refile the motion within 21 days after the stay is lifted.

DATED this 12th day of September, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE